## McLEAN OIL CO. v. ASHWORTH HEIRS et al.

(Circuit Court of Appeals, Fifth Circuit. April 2, 1923.)

No. 3988.

Courts ⬅405(5)—Appeal from decree dismissing for want of jurisdiction transferred to Supreme Court.

Where the decree appealed from dismissed the bill on the ground the court was without jurisdiction to determine it, so that the appeal should have been taken to the Supreme Court, it will be transferred to that court in compliance with Act Sept. 14, 1922.

Appeal from the District Court of the United States for the Eastern District of Texas; W. Lee Estes, Judge.

⬅For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Suit in equity by the McLean Oil Company against the Ashworth Heirs and others. From a decree dismissing the bill for want of jurisdiction, complainant appeals. Appeal transferred to the Supreme Court.

See, also, 283 Fed. 422.

W. D. Gordon, of Beaumont, Tex., for appellant.

Oliver J. Todd, of Beaumont, Tex., for appellees.

Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. It appearing that the decree appealed from dismissed the suit on the ground that the court was without jurisdiction to determine it, and that the appeal should have been taken to the Supreme Court of the United States, in compliance with the Act of Congress approved September 14, 1922 (42 Stat. 837, c. 305), it is ordered that said appeal be transferred to the Supreme Court of the United States at the cost of the appellant.